UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:19-cv-10393-AB (SHK) | Date: | January 15, 2020 |
| Title: | *Michelle A. Bertone v. Andrew Saul* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

On December 9, 2019, Plaintiff filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security. Electronic Case Filing Number ("ECF No.") 1, Compl. On December 11, 2019, the Court issued its Case Management Order ("CMO") in which, Plaintiff was ordered to file proofs of service within **thirty** (30) days after the filing of the CMO. ECF No. 8, CMO. Thus, Plaintiff's proofs of service were due on January 10, 2020. The CMO warned Plaintiff that failure to comply may result in dismissal of the case. Id. To date, Plaintiff has not filed the proofs of service with the Court.

Accordingly, Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute and follow Court orders by no later than **January 22, 2020**. Filing the proof of service by January 22, 2020, shall be deemed compliant with this Order to Show Cause.

**IT IS SO ORDERED**